No. 132.  MICHAEL ENDERS ET AL., PLAINTIFFS IN ERROR, *v.* JOHN FRIDAY, AS MAYOR OF THE CITY OF NORFOLK, NEB., ET AL. In error to the Supreme Court of the State of Nebraska.  Octo-

ber 13, 1908. Dismissed with costs on the authority of counsel for the plaintiffs in error. *Mr. William V. Allen* for plaintiffs in error. No appearance for defendants in error.